**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ROSEMARY WOOD LANGELLA;
KAREN GOODRICH; and JUDITH
LUGO,

        Plaintiffs,

v.                                                 Case No. 6:15-cv-1071-Orl-37DAB

TRANSCEND SERVICES, INC.,

        Defendant.

**ORDER**

After settling the Fair Labor Standards Act ("**FLSA**") claims asserted in this action (*see* Docs. 41, 43, 46, 49), and in accord with the Court's Scheduling Order (Doc. 23) and controlling case law,[1] the parties filed a Joint Motion for Approval of Settlement Agreement and Release ("**Joint Motion**"). (Doc. 46, filed March 21, 2016.) On referral, U.S. Magistrate Judge David A. Baker recommended that the Court deny the Joint Motion ("**Report**"). (Doc. 48, filed April 7, 2016.) The parties did not object to the Report; instead, they filed a Renewed Joint Motion for Approval of Settlement Agreement and Release ("**Renewed Joint Motion**").[2] (Doc. 49, filed April 21, 2016.) In light of the Renewed Joint Motion, the Court finds that the Joint Motion and Report are moot.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The Joint Motion for Approval of Settlement Agreement and Release (Doc. 46) is **DENIED AS MOOT**.

---

[1] *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).
[2] Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court referred the Renewed Joint Motion to Magistrate Judge Baker for a report and recommendation. (Doc. 50.)

2. The Report and Recommendation of U.S. Magistrate Judge David A. Baker (Doc. 48) is **REJECTED AS MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 11, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record